No. 82–827. MINNESOTA v. MURPHY. Sup. Ct. Minn. [Certiorari granted, 459 U. S. 1145.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–1167. UNITED STATES v. JACOBSEN ET AL. C. A. 8th Cir. [Certiorari granted, 460 U. S. 1021.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 82–1200. DAILY INCOME FUND, INC., ET AL. v. FOX. C. A. 2d Cir. [Certiorari granted, 460 U. S. 1021.] Motion of Investment Company Institute for leave to file a brief as *amicus curiae* granted.

No. 82–1273. MAINE v. THORNTON. Sup. Jud. Ct. Me. [Certiorari granted, 460 U. S. 1068.] Motion for appointment of counsel granted, and it is ordered that Donna L. Zeegers, of Augusta, Me., be appointed to serve as counsel for respondent in this case.

No. 82–1398. M/V POLLUX ET AL. v. GOODPASTURE, INC., 460 U. S. 1084. Motion of petitioners to require Advisory Committee on Civil Rules to make available to petitioners proposed amendments to Rules C and E of the Supplemental Rules for Certain Admiralty and Maritime Claims denied.

No. 82–1448. UNITED STATES v. STAUFFER CHEMICAL Co. C. A. 6th Cir. [Certiorari granted, 460 U. S. 1080.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 82–1564. LONEWOLF v. LONEWOLF. Sup. Ct. N. M.;

No. 82–1577. MICHIGAN CANNERS & FREEZERS ASSN., INC., ET AL. v. AGRICULTURAL MARKETING AND BARGAINING BOARD ET AL. Sup. Ct. Mich.; and

No. 82–1579. HAYFIELD NORTHERN RAILROAD CO., INC., ET AL. v. CHICAGO & NORTH WESTERN TRANSPORTATION Co. C. A. 8th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.